IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 02-cv-1794-ZLW-PAC

DORIS A. KAAUWAI

    Plaintiff,

v.

LINDA S. McMAHON, Acting Commissioner of Social Security,

    Defendant.

## ORDER

The matter before the Court is Plaintiff's Motion For An Award Of Attorney Fees Under 42 U.S.C. § 406(b). Defendant does not oppose the motion. The Court finds that an award of attorneys' fees to Plaintiff's counsel in the amount of $3,375 pursuant to 42 U.S.C. § 406(b) is reasonable. Accordingly, it is

ORDERED that Plaintiff's Motion For An Award Of Attorney Fees Under 42 U.S.C. § 406(b) (Doc. No. 34) is granted. It is

FURTHER ORDERED that Plaintiff's counsel is awarded attorneys' fees in the amount of $3,375 pursuant to 42 U.S.C. § 406(b) for his representation of Plaintiff in this Court. It is

2

FURTHER ORDERED that Defendant Linda S. McMahon is substituted for Defendant Jo Anne B. Barnhart pursuant to Fed. R. Civ. P. 25(d), and the caption is amended accordingly.

DATED at Denver, Colorado, this  7  day of February, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court